# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Enrique Garsia Beltran,<br>a.k.a.: Jose Enrique Garcia-Beltran,<br>a.k.a.: Jose Enrique Garsia-Beltran,<br>(A 202 054 177)<br>*Defendant* | Case No. 16-6469MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of December 23, 2015, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Enrique Garsia Beltran, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about January 5, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Brandon Brown

☒ Continued on the attached sheet.

*Complainant's signature*

Luis E. Teran,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 1, 2016

*Judge's signature*

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Luis E. Teran, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On December 23, 2015, Jose Enrique Garsia Beltran was booked into the Maricopa County Jail (MCJ) by the Maricopa County Sheriff's Office on local charges. While incarcerated at the MCJ, Garsia Beltran was examined by ICE Officer J. Aguirre who determined him to be a Mexican citizen, illegally present in the United States. On the same date, a warrant for arrest of alien was lodged with the MCJ. On October 31, 2016, Garsia Beltran was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Garsia Beltran was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Enrique Garsia Beltran to be a citizen of

1

Mexico and a previously deported alien. Garsia Beltran was removed from the United States to Mexico through Nogales, Arizona, on or about January 5, 2015, pursuant to an order of removal issued by an immigration official. There is no record of Garsia Beltran in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Garsia Beltran's immigration history was matched to him by electronic fingerprint comparison.

4. On October 31, 2016, Jose Enrique Garsia Beltran was advised of his constitutional rights. Garsia Beltran freely and willingly agreed to provide a statement under oath. Garsia Beltran stated that his true and complete name is Jose Enrique Garsia Beltran and that he is a citizen of Mexico. Garsia Beltran stated that he illegally entered the United States on or about December 22, 2015, through "Sonora-Puerto Penasco," without inspection by an immigration officer.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about December 23, 2015, Jose Enrique Garsia Beltran, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about January 5, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland

Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Luis E. Teran,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 1st day of November, 2016.

_____
David K. Duncan,
United States Magistrate Judge